UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND RUSSELL,<br><br>       Plaintiff,<br><br>    -v.-<br><br>UNITED PARCEL SERVICE, INC.,<br><br>       Defendant. | 24 Civ. 5352 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  Plaintiff filed the Complaint in this action on July 17, 2024. *See* ECF No. 4. On October 4, 2024, Defendant moved to dismiss the Complaint in part. *See* ECF No. 13. On October 28, 2024, Plaintiff filed a First Amended Complaint. *See* ECF No. 22. On November 15, 2024, Defendant moved to dismiss the Amended Complaint in part. *See* ECF No. 23.

  In light of the foregoing, Defendant's earlier-filed motion to dismiss the Complaint in part, ECF No. 13, is hereby DENIED as moot.

  The Clerk of Court is directed to terminate ECF No. 13.

  SO ORDERED.

Dated: January 17, 2025
    New York, New York

                  _____
                  JENNIFER H. REARDEN
                  United States District Judge